**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6609

LARRY EDWARD HENDRICKS,

Plaintiff - Appellant,

versus

BARRY GALLOWAY; LEROY CARTLEDGE; CURRY; BUSH;
CATHERINE KENDALL; JAMES PARKER; COLIE
RUSHTON; MARY D. ANDERSON; SQUIRES; BARTON
VINCENT; GARY D. MAYNARD; JOHN DOE 1; JOHN DOE
2; JOHN DOE 3; JOHN DOE 4,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(CA-03-740-18BC)

Submitted:  July 14, 2004          Decided:  August 3, 2004

Before WIDENER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry Edward Hendricks, Appellant Pro Se.  Steven Michael Pruitt,
MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Edward Hendricks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Hendricks v. Galloway</u>, No. CA-03-740-18BC (D.S.C. Mar. 1, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>